An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

ANTHONY LEE CHILDERS,
                        Appellant,
                vs.
THE STATE OF NEVADA,
                        Respondent.

No. 68207

**FILED**

AUG 25 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
CHIEF DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This appeal was initiated by the filing of a pro se notice of appeal. Eighth Judicial District Court, Clark County; Michelle Leavitt, Judge.

On June 10, 2015, appellant filed a notice of appeal. No appealable order was designated in the notice of appeal. Because appellant failed to designate an appealable order, we

ORDER this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.
Douglas

_____, J.
Cherry

cc: Hon. Michelle Leavitt, District Judge
    Anthony Lee Childers
    Attorney General/Carson City
    Clark County District Attorney
    Eighth District Court Clerk

SUPREME COURT
OF
NEVAOA

(O) 1947A

15-25754